UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANH LE,

    Petitioner

    v.

JANET RENO,

    Respondent

CIVIL NO. 1:CV-00-2142

(Judge Caldwell)

## ORDER

AND NOW, this 1st day of February, 2001, it is ordered that:

    1. The Clerk of Court is directed to serve a copy of the petition for writ of habeas corpus on Respondent and the United States Attorney.

    2. Within twenty days of the date of this order, Respondent shall respond to the allegations in the petition.

    3. A determination whether Petitioner should be produced for a hearing will be held in abeyance pending submission of a response.

    4. Petitioner shall, if he so desires, file a reply to the response within fifteen days of its filing.

William W. Caldwell
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

February 1, 2001

Re:  1:00-cv-02142     Le v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Anh Le
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

```
cc:
Judge                           ( / )           ( / ) Pro Se Law Clerk  Belisario
Magistrate Judge                (   )           (   ) INS
U.S. Marshal                    (   )           (   ) Jury Clerk
Probation                       (   )
U.S. Attorney                   (   )
Atty. for Deft.                 (   )
Defendant                       (   )
Warden                          (   )
Bureau of Prisons               (   )
Ct Reporter                     (   )
Ctroom Deputy                   (   )
Orig-Security                   (   )
Federal Public Defender         (   )
Summons Issued                  (   )   with N/C attached to complt. and served by:
                                        U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5             (   )
Order to Show Cause             (   )   with Petition attached & mailed certified mail
                                        to:  US Atty Gen    (  )   PA Atty Gen   (  )
                                             DA of County   (  )   Respondents   (  )
Bankruptcy Court                (   )
Other_____       (   )
```

MARY E. D'ANDREA, Clerk

DATE:  2-1-01                             BY: /s/
                                              Deputy Clerk