**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery
FEB 0 7 2001

C. Signature
X Pat [illegible]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
David Barasch
U.S. Atty
P.O. Box 11754
Harrisburg, Pa 17108

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0166 2237

00-2142  1 of 2  USG

PS Form 3811, July 1999   Domestic Return Receipt   SC-Unde 2-5-01   102595-99-M-1789

FILE
HARRIS[...]
FEB 1 3
MARY E. D'AN[...]
Per [...]
DEPUTY

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. DEPARTMENT OF JUSTICE | [Date] of Delivery

C. Signature
X   FEB 8 2001   Ernest L. Parker
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:
Janet Reno, Atty. Gen.
10th & Const. Ave
Room 511 - Main Justice Bldg
Washington, DC 20530

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Copy from service label)
7000 0520 0023 0166 2220

00-2142  2 of 2

PS Form 3811, July 1999   Domestic Return Receipt   SC-Unde 2-5-00   102595-00-M-0952

1-00-cv[...]
Sho[...]
cau[...]
ord[...]
of [...]

PRSLC
Belisario