*see ans*

6
7/20/01

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANH LE,

    Petitioner,

vs.

JANET RENO, et al.,

    Respondent

CIVIL NO. 1:CV-00-2142

(Judge Caldwell)



O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    The Petitioner, Anh Le, is subject to a final order of removal from the United States. In December 2000, he filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241 challenging his continued detention by the Immigration and Naturalization Service ("INS") pending his removal to Vietnam. Respondents filed a response to the petition in February 2001.

    After the response was filed, the United States Supreme Court issued three decisions, INS v. St. Cyr, __ U.S. ___, 2001 WL 703922 (U.S. June 25, 2001); Calcano-Martinez v. INS, __ U.S. ___, 2001 WL 703943 (U.S. June 25, 2001); and Zadvydas v. Davis, __ U.S. ___, 2001 WL 720662 (U.S. June 28, 2001), which may affect the disposition of the instant petition. Because of the potential impact of these decisions on the habeas corpus petition, it is ordered that:

1. The Clerk of Court shall send a copy of the Supreme Court's decisions in <u>INS v. St. CYR</u>, ___ U.S. ___, 2001 WL 703922 (U.S. June 25, 2001); <u>Calcano-Martinez v. INS</u>, ___ U.S. ___, 2001 WL 703943 (U.S. June 25, 2001); and <u>Zadvydas v. Davis</u>, ___ U.S. ___, 2001 WL 720662 (U.S. June 28, 2001), to the Petitioner along with this Order.

2. Within thirty (30) days of the date of this Order, the Respondent shall file a supplemental brief specifically addressing the impact of these decisions on this action.

3. The Petitioner, if he desires, shall file a reply to the supplemental brief within fifteen (15) days of the date of its filing.

*William W. Caldwell*
WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 19, 2001

Re: 1:00-cv-02142    Le v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Anh Le
CTY-SNY
Snyder County Jail — w/ attachment
600 Old Colony Rd.
Selinsgrove, PA  17870-8610    & not to any one else

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108

```
cc:
Judge                         (✓)        (✓) Pro Se Law Clerk
Magistrate Judge              ( )        ( ) INS
U.S. Marshal                  ( )        ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____  ( )
```

MARY E. D'ANDREA, Clerk

DATE: 7-19-01                                BY: /s/
                                                 Deputy Clerk