IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANH LE,                           :
                                  :
        Petitioner                :    CIVIL NO. 1:CV-00-2142
                                  :
    vs.                           :    (Judge Caldwell)
                                  :
JANET RENO, et al.,               :
                                  :
        Respondent

O R D E R

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

Petitioner Anh Trung Le, a native and citizen of Vietnam, challenged his detention by the Immigration and Naturalization Service ("INS") through a habeas corpus petition pursuant to 28 U.S.C. § 2241 filed on December 12, 2000. He sought release from INS custody. The INS filed its Response to our Order to Show Cause on February 21, 2001. On July 19, 2001, the Court issued an Order directing the INS to file a supplemental brief addressing the impact of recent Supreme Court decisions on this case. The INS's supplemental response and supporting documents establish that on August 9, 2001, the Petitioner was released from INS custody on an order of supervision. See doc. 7.

Anh Trung Le had been in INS custody since May 21, 1999, and was found deportable based upon his criminal record. Notably, his petition did not challenge the validity of his January 12,

2000, order of deportation, but rather his continued indefinite confinement pending deportation. Since Petitioner has been afforded the relief he sought from this court, his action is now moot. An appropriate order will enter.

AND NOW, this 23rd day of August, 2001, it is ordered that:

    1.  The petition for writ of habeas corpus (doc. 1) is dismissed as moot.

    2.  The Clerk of Court is directed to close this file.

*/s/ William W. Caldwell*
WILLIAM W. CALDWELL
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 23, 2001

Re:  1:00-cv-02142    Le v. Reno

True and correct copies of the attached were mailed by the clerk to the following:

Anh Le
CTY-SNY
Snyder County Jail
600 Old Colony Rd.
Selinsgrove, PA  17870-8610

Dulce Donovan, Esq.
U.S. Attorney's Office
228 Walnut Street
P.O. Box 11754
Harrisburg, PA  17108

cc:
Judge                          (✓)           (✓) Pro Se Law Clerk
Magistrate Judge               ( )           ( ) INS
U.S. Marshal                   ( )           ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  (✓)
Federal Public Defender        ( )
Summons Issued                 ( ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( ) with Petition attached & mailed certified mail
                                   to:  US Atty Gen  ( )   PA Atty Gen ( )
                                        DA of County ( )   Respondents ( )
Bankruptcy Court               ( )
Other_____       ( )

MARY E. D'ANDREA, Clerk

DATE: _____8/23/01_____                              BY: _____
                                                     Deputy Clerk