remailed
8/30/01
1:CV-00-2142

REFUSED

☒ OTHER

RTS — RETURN TO SENDER

☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

RETURN TO SENDER:
☐ = PERSON'S NAME REQUIRED FOR DELIVERY
☐ = PERSON'S ID NUMBER REQUIRED FOR DELIVERY
☐ = NO PACKAGE AUTHORIZATION ISSUED FOR DELIVERY
☒ = PERSON NO LONGER INCARCERATED HERE
☐ = OTHER:

DATE: 8-24-01   OFFICER: [signature]
SNYDER COUNTY PRISON
MAIL PROCESSING

FILED
HARRISBURG
AUG 29 2001
MARY E. D'ANDREA
Per [signature]
DEPUTY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS